**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>　　　　　Plaintiff, )<br>vs. )<br>Jefferson VanAllen, )<br>　　　　　Defendant. ) | No. 06-7140M<br><br>**ORDER** |

At the June 6, 2006 detention hearing in this matter the Court provided for the Defendant's release to the third party custody of the Defendant's employer, Brian Merrill. During the detention hearing, in an off-the-record colloquy among counsel and Mr. Merrill, the Court asked Mr. Merrill whether he had any criminal history. He stated that he had a recent misdemeanor conviction for conduct arising out of a dispute with a neighbor but that otherwise he had no criminal history except for some juvenile matters.

The June 6, 2006 Supplemental Report No. 2 from Pretrial Services reveals a much more extensive criminal history for Mr. Merrill including a 1986 felony conviction for assault. Also troubling is Mr. Merrill's record for failures to appear which includes a warrant for his arrest arising out of one such incident in Tucson. The Court does not believe Mr. Merrill is an appropriate third party custodian. The Court will thus amend its June 6, 2006 Order Setting Conditions of Release to remove Mr. Merrill as third party custodian. The Court will also revisit the issue of detention at a time after Defendant has satisfied the pending warrant from Pinal County and posted the $50,000 bond.

1  Accordingly, IT IS ORDERED AMENDING the June 6, 2006 Order Setting Conditions
2 of Release to remove Brian Merrill as third party custodian.  IT IS FURTHER ORDERED
3 SUSPENDING any release from custody until such time that the Defendant has satisfied the
4 conditions of release AND the Court has conducted an additional hearing to reconsider the issue
5 of third party supervision.  The Clerk shall set a hearing before the undersigned upon
6 Defendant's posting of the bond and resolution of the outstanding Pinal County warrant.

7  DATED this 7th day of June, 2006.

David K. Duncan
United States Magistrate Judge